# Court of Appeals
# of the State of Georgia

ATLANTA,     July 01, 2015

*The Court of Appeals hereby passes the following order:*

**A15I0218. TAMIKA FULLER v. C. B. BRIDGES;**
**A15I0219. T. F. R. v. U. R.**

In these applications for interlocutory appeal, the applicants mistakenly identified the applications as discretionary. The applicants have filed a motion to rename the documents as applications for interlocutory appeal.[1] Those motions are hereby GRANTED. Upon consideration of the applications for interlocutory appeal, however, it is ordered that they be hereby DENIED.



Court of Appeals of the State of Georgia
    *Clerk's Office, Atlanta,*    07/01/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] It is well-settled that, in construing pleadings, substance controls over nomenclature. See *Kuriatnyk v. Kuriatnyk*, 286 Ga. 589, 590 (690 SE2d 397) (2010). Here, the orders were clearly interlocutory and a certificate of immediate review was included. Thus, regardless of nomenclature, we would construe the application as interlocutory.